EVE CERVANTEZ (SBN 164709)
ecervantez@altshulerberzon.com
BRONWEN B. O'HERIN (SBN 336967)
boherin@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Plaintiff,
Elsy Rodriguez

*[Additional Counsel Listed on Following Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSY RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AL-MATT INC. D/B/A MCDONALD'S; MCDONALD'S USA LLC; and MCDONALD'S CORPORATION,<br><br>　　　　Defendants. | Case No. 2:20−cv−10733 MCS (JCx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[filed concurrent with [Proposed] Order] |

| | |
|---|---|
| 1 | LYNE A. RICHARDSON (SBN 143566) |
|  | Lyne.richardson@ogletree.com |
| 2 | JUDY H. JUANG (SBN 271174) |
|  | Judy.juang@ogletree.com |
| 3 | OGLETREE, DEADKINS, NASH, SMOAKS & STEWART, PC |
| 4 | 19191 S. Vermont Avenue, Suite 950 |
|  | Torrance, CA 90502 |
| 5 | Telephone: (310) 217-8191 |
|  | Facsimile: (310) 217-8184 |

Attorneys for Defendant,
Al-Matt, Inc. d/b/a McDonald's


NIGEL F. TELMAN (*Pro Hac Vice*)
ntelman@proskauer.com
PROSKAUER ROSE LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
Telephone: (312) 962-3548
Facsimile: (312) 962-3551

NICOLE A. EICHBERGER (*Pro Hac Vice*)
neichberger@proskauer.com
ATOYIA S. HARRIS (*Pro Hac Vice*)
aharris@proskauer.com
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Telephone: (504) 310-4088
Facsimile: (504) 310-2022

PHILIPPE A. LEBEL (SBN 274032)
plebel@proskauer.com
SEHREEN LADAK (SBN 307895)
sladak@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 284-5656
Facsimile: (310) 557-2193

Attorneys for Defendants,
McDonald's USA, LLC and McDonald's Corporation

---

2

CASE NO. 2:20-cv-10733-MCS-JCx          JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 7-1, Plaintiff Elsy Rodriguez ("Plaintiff") and Defendants Al-Matt Inc. d/b/a McDonald's, McDonald's USA LLC ("McDonald's USA"), and McDonald's Corporation ("McDonald's Corp.") (collectively, "Defendants"), by and through their respective counsel, respectfully submit this Joint Stipulation for Dismissal with Prejudice.

WHEREAS, Plaintiff filed her initial Complaint against Defendants on November 24, 2020;

WHEREAS, Plaintiff has agreed to dismiss her Complaint against Defendants with prejudice;

NOW, THEREFORE, the Parties, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby stipulate to the dismissal of this action with prejudice.

**IT IS SO STIPULATED AND AGREED.**

Dated:  January 31, 2022

ALTSHULER BERZON LLP

By   /s/ Eve Cervantez
Eve Cervantez
Bronwen B. O'Herin

Attorneys for Plaintiff,
Elsy Rodriguez

///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: January 31, 2022 | PROSKAUER ROSE LLP |
| 2 | | By  /s/ Nigel F. Telman |
| 3 | |     Nigel F. Telman |
| 4 | |     Nicole A. Eichberger |
| | |     Atoyia S. Harris |
| 5 | |     Philippe A. Lebel |
| 6 | |     Sehreen Ladak |
| 7 | | Attorneys for Defendants, |
| 8 | | McDonald's USA, LLC and McDonald's Corporation |
| 9 | | |
| 10 | Dated: January 31, 2022 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 11 | | |
| 12 | | By  /s/ Lyne A. Richardson |
| 13 | |     Lyne A. Richardson |
| | |     Judy H. Juang |
| 14 | | |
| 15 | | Attorneys for Defendant, Al-Matt, Inc. d/b/a McDonald's |

4

CASE NO. 2:20-cv-10733-MCS-JCx   JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Eve Cervantez, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document. I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Dated: January 31, 2022                ALTSHULER BERZON LLP

                                       By   */s/* Eve Cervantez

                                       Eve Cervantez
                                       Bronwen B. O'Herin

                                       Attorneys for Plaintiff,
                                       Elsy Rodriguez